**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 98-6695**

———————————

FRED WRIGHT, JR; GREGORY DONNELL MEBANE,

Petitioners - Appellants,

versus

NORTH CAROLINA ATTORNEY GENERAL,

Respondent - Appellee.

———————————

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro. James A. Beaty, Jr., District Judge. (CA-97-536-2, CA-97-538-2)

———————————

Submitted:  January 12, 1999          Decided:  February 10, 1999

———————————

Before WILKINS, MICHAEL, and KING, Circuit Judges.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Fred Wright, Jr., Gregory Donnell Mebane, Appellants Pro Se. Clarence Joe DelForge, III, OFFICE OF THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh, North Carolina, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Fred Wright, Jr. and Gregory Donnell Mebane appeal the district court's orders denying relief on their petitions filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinions accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Wright v. North Carolina Attorney Gen., Nos. CA-97-536-2; CA-97-538-2 (M.D.N.C. Apr. 1, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED